LOUIS FINKELSTEIN, RESPONDENT, v. HYMAN BRODSKY, APPELLANT.

Submitted October 28, 1932—Decided January 5, 1933.

For the respondent, *Lichtenstein, Schwartz & Friedenberg.*

For the appellant, *Stuhr & Vogt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Circuit Court Judge Ackerson, to whom the case was referred and whose opinion is printed in 10 *N. J. Mis. R.* 55.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 16.

*For reversal*—None.